UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TRAVIS JEROD RICHARDSON
(#450603)

VERSUS

EAST BATON ROUGE DISTRICT
ATTORNEY'S OFFICE, ET AL

CIVIL ACTION

NO. 06-963-A

## RULING

The court after carefully considering the petition, the record, the law applicable to this action, the Report and Recommendation (doc. 4) of United States Magistrate Judge Docia L. Dalby dated January 19, 2007, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, plaintiff's complaint shall be dismissed pursuant to 42 USC § 1997e(e) and 28 USC § 1915(e)(2)(B)(i),(ii) and (iii).

Judgment to be entered accordingly.

Baton Rouge, Louisiana, March 29, 2007.

JOHN V. PARKER, JUDGE
MIDDLE DISTRICT OF LOUISIANA